UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:

**THEREZINHA CRISTINA FILIPPELLI,
AND OTHER SIMILARLY SITUATED INDIVIDUALS,**

      **PLAINTIFF(S),**

**VS.**

**LUCIANA A. FRAGALI,**

      **DEFENDANT.**

_____/

## COMPLAINT
(OPT-IN PURSUANT TO 29 U.S.C § 216(B))

Plaintiff, THEREZINHA CRISTINA FILIPPELLI, and other similarly situated individuals, by and through the undersigned counsel, sue Defendant, LUCIANA A. FRAGALI and allege:

1. This is an action to recover money damages for unpaid wages under the laws of the United States. This Court has jurisdiction pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201-219 (Section 216 for jurisdictional placement) ("the Act").

2. Plaintiff, THEREZINHA CRISTINA FILIPPELLI, is a resident of Miami-Dade County, Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the Act.

3. Defendant LUCIANA A. FRAGALI an individual Defendant who resides in Miami-Dade County, Florida.

4. Plaintiff was a live-in nanny who performed various duties which included: picking up and driving minor children, taking care of their needs, buying supplies, and, through this

1

business activity, affects interstate commerce. Plaintiff's work for the Defendant likewise effects interstate commerce. Plaintiff was employed by Defendant as a live-in nanny by LUCIANA A. FRAGALI.

5. While employed by Defendant, the Defendant failed to pay the Plaintiff any wages for one entire pay period. Plaintiff earned $12.50 per hour during her employment with the Defendant.

6. Prior to the completion of discovery and to the best of Plaintiff's knowledge, at the time of the filing of this complaint, **Plaintiff's good faith estimate of unpaid wages** are as follows:

**Actual Damages** plus interest, representing the amount of unpaid wages on a weekly basis is as follows:

- Pay period one (pay period January 16, 2021 through January 18, 2021): Plaintiff worked 42 hours ($12.50 per hour) of unpaid wages for a total amount due of $525.00.

THEREFORE, the Plaintiff is owed a total of $525.00 in unpaid wages.

**Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $525.00.

**TOTAL DAMAGES: $1,050.00 plus reasonable attorney's fees and costs of suit**.

### COUNT I: FAILURE TO PAY/MINIMUM WAGE VIOLATION BY LUCIANA A. FRAGALI

7. Plaintiff, THEREZINHA CRISTINA FILIPPELLI, re-adopts each and every factual allegation as stated in paragraphs 1 through 6 above as if set out in full herein.

8. At all times material hereto, the Defendant, LUCIANA A. FRAGALI, failed to comply with Title 29 U.S.C. §§201-219 and 29 C.F.R. and § 516.2 and §516.4 et seq. in that the

Plaintiff, THEREZINHA CRISTINA FILIPPELLI, performed services and no provision were made by the Defendant to properly pay her as required by the act. The additional persons who may become Plaintiffs in this action were weekly paid employees and/or former employees of the Defendant, LUCIANA A. FRAGALI, who are and who were subject to the unlawful payroll practices and procedures of the Defendants.

9. Defendant, LUCIANA A. FRAGALI knew and/or showed reckless disregard for the provisions of the Act concerning the payment of wages required by the Fair Labor Standards Act (FLSA) and remain owing the Plaintiff, THEREZINHA CRISTINA FILIPPELLI, straight wages as set forth above.

10. Plaintiff, THEREZINHA CRISTINA FILIPPELLI, is entitled to recover double damages. Defendant, LUCIANA A. FRAGALI never posted any notice, as required by the Fair Labor Standards Act (FLSA) and Federal Law, to inform employees of their federal rights to minimum wage payments.

11. Defendant, LUCIANA A. FRAGALI willfully and intentionally refused to pay the Plaintiff, THEREZINHA CRISTINA FILIPPELLI, minimum wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since January 18, 2021.

12. Plaintiff, THEREZINHA CRISTINA FILIPPELLI, has retained the law offices of the undersigned attorney to represent her in this action and is obligated to pay reasonable attorney's fees.

13. Defendant, LUCIANA A. FRAGALI, has violated the FLSA's prompt payment requirement by failing to pay Plaintiff, THEREZINHA CRISTINA FILIPPELLI, promptly.

14. Defendant, LUCIANA A. FRAGALI violation of FLSA provisions concerning prompt, regular payment of wages was willful.

15. Defendant, LUCIANA A. FRAGALI knew and/or showed reckless disregard for the provisions of the FLSA and its regulations concerning prompt, regular payment of wages.

16. Plaintiff, THEREZINHA CRISTINA FILIPPELLI, is entitled to recover liquidated damages in an amount equal the actual damages for Defendant's FLSA violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff and those similarly-situated request that this Honorable Court:

 A. Enter judgment for Plaintiff and other similarly-situated and against the Defendants, LUCIANA A. FRAGALI on the basis of Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and other Federal Regulations; and

 B. Award Plaintiff actual damages in the amount shown to be due for unpaid wages, with interest; and

 C. Award Plaintiff an equal amount in double damages/liquidated damages; and

 D. Award Plaintiff reasonable attorneys' fees and costs of suit; and

 E. Grant such other and further relief as this Court deems equitable and just and/or available pursuant to Federal Law.

## JURY DEMAND

Plaintiff and those similarly-situated demand trial by jury of all issues triable as of right by jury.

Dated: March 2, 2021.

                                          Respectfully submitted,

                                          **JARA LAW FIRM**
                                          13876 SW 56 Street, Suite 262
                                          Miami, Florida 33175
                                          Telephone: (305) 372-0290
                                          Franklin@JaraLaw.com
                                          Joanna@JaraLaw.com

                                          By: /s/ Franklin A. Jara_____
                                          Franklin Antonio Jara, Esq.
                                          Fla. Bar No. 636681
                                          *Counsel for Plaintiff*