AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) | |
|---|---|---|
| THEREZINHA CRISTINA FILIPPELLI, AND OTHER SIMILARLY SITUATED INDIVIDUALS | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | 1:21-cv-20846-DPG |
| v. | ) ) | Civil Action No. |
| LUCIANA A. FRAGALI | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LUCIANA A. FRAGALI
907 JERONIMO DR
CORAL GABLES, FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JARA LAW FIRM
13876 SW 56 Street, Suite 262
Miami, Florida 33175
Telephone: (305) 372-0290
Franklin@JaraLaw.com
Bar No. 636681

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Mar 3, 2021

s/ S.Carlson
Deputy Clerk
U.S. District Courts

SUMMONS